31502. GREEN v. GREEN.

PER CURIAM.

The husband enumerates three errors in the order of the Barrow Superior Court awarding the wife temporary alimony. We have reviewed the enumerations and the evidence before the trial court and find no reversible error.

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 3, 1976 — DECIDED OCTOBER 26, 1976.

*Hudson & Montgomery, David R. Montgomery,* for appellant.
*Paris & Burkett, James Paris,* for appellee.